JUDGE BATTS

**08 CV 6400**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Trustees of the IATSE National Health and Welfare Fund, the IATSE Annuity Fund, and the IATSE National Pension Fund,<br><br>              Plaintiff,<br><br>-v-<br><br>Spring Break 83, Louisiana, LLC,<br><br>              Defendant. | ECF Case<br><br>Case No._____<br><br>RECEIVED<br>JUL 17 2008<br>U.S.D.C. S.D.N.Y.<br>CASHIERS<br><br>Rule 7.1 Statement |

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

the Plaintiff _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** July 16, 2008

_____
**Signature of Attorney**

**Attorney Bar Code:** NP 6663

Form Rule7_1.pdf  SDNY Web 10/2007